93 So.2d 813

### Roy HULON, alias Huling
### v.
### STATE.
### 8 Div. 872.

Court of Appeals of Alabama.
March 5, 1957.

H. T. Foster, Scottsboro, for appellant.

John Patterson, Atty. Gen., and Robt. G. Kilgore, Jr., Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.